UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KAIRI ANTHONY PATERSON,

Plaintiff,

-against-

THE SYGMA NETWORK, INC. and DERRICK MCDONALD,

Defendants.
-------------------------------------------------------------------X

Civil Action No.: 1:24-cv-4118

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:**

Defendants, THE SYGMA NETWORK, INC. and DERRICK MCDONALD ("Defendants") by and through their attorneys, Haworth Barber & Gerstman, LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby file this Notice of Removal of this civil action from the Supreme Court of the State of New York, Kings County, to the United States District Court for the Eastern District of New York. The grounds for removal are as follows:

1. On or about January 24, 2024, Plaintiff filed suit against the Defendants in New York State Supreme Court, Kings County in an action titled Kairi Anthony Paterson v. The Sygma Network, Inc. and Derrick McDonald, bearing Index No.: 502351/2024. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as **Ex. A.**

2. The Sygma Network, Inc. was served with the Summons and Complaint on February 2, 2024. A true and correct copy of the Affidavit of Service is attached hereto as **Ex. B.**

3. The Sygma Network, Inc. and Derrick McDonald jointly filed a Verified Answer to Plaintiff's Verified Complaint on March 28, 2024. A true and correct copy of Defendants' Verified Answer is attached hereto as **Ex. C.**

4. Plaintiff's Complaint does not contain a specific demand for relief and it is not facially apparent from the Complaint whether the amount in controversy exceeds the $75,000 threshold required by 28 U.S.C §§ 1446. See **Ex. A.**

5. On March 28, 2024, The Sygma Network, Inc. and Derrick McDonald filed and served a demand for statement of damages pursuant to N.Y. CPLR §3017(c). A true and correct copy of Defendants' Demand for Statement of Damages is attached hereto as **Ex. D.**

6. On May 10, 2024, plaintiff responded by serving this office with a Response to Demand Ad Damnum specifying that plaintiff is claiming $25 million in damages. A true and correct copy of Plaintiff's Response to Demand Ad Damnum is attached hereto as **Ex. E.**

7. 28 U.S.C. § 1446(b) provides that defendants may remove an action to federal court within thirty days of the date from which it may be first ascertained that the case is or has become removable. 28 U.S.C. § 1446(b).

8. The filing of this Notice of Removal is timely because it is made within thirty days of the date on which Defendants first became aware that the amount in controversy in this action exceeds the $75,000 threshold required under 28 U.S.C. § 1446(b)(3).

9. There is also complete diversity of citizenship among the parties.

10. Based upon plaintiff's Summons and Verified Complain, plaintiff is a resident of the State of New York. See **Ex. A. ¶ 1.**

11. Defendant Derrick McDonald resides at 5077 Stacey Drive, Harrisburg, Pennsylvania 17111. Accordingly, Derrick McDonald is a citizen of the State of Pennsylvania.

12. Defendant The Sygma Network, Inc. is organized under the laws of the State of Delaware and has its principal place of business at 5550 Blazer Parkway Suite 300, Dublin, Ohio 43017.

13. Based on the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) based on diversity of citizenship.

14. Accordingly, as defendants Derrick McDonald and The Sygma Network are citizens of Pennsylvania and Ohio, respectively, and plaintiff is a citizen of the State of New York, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) and Local Civil Rule 81.1.

15. Pursuant to 28 U.S.C. § 1446(a) and (d) defendants have served a copy of this Notice of Removal upon all parties, and have filed a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, Kings County.

16. Attached to this Notice of Removal is a copy of all process, pleadings, and orders served upon the defendants in the state court from which this case is to be removed. To date, this includes the Summons and Complaint, affidavit of service and a discovery package that includes a Bill of Particulars, Response to Combined Demand, Demand for a Verified Bill of Particulars, and Combined Demands for Discovery and Inspection. See documents attached collectively as **Ex. F.**

**WHEREFORE**, defendants respectfully requests that the action pending in the Supreme Court of the State of New York, Kings County, bearing Index No. 502351/2024, be removed therefrom to this Court.

Dated: New York, New York

HAWORTH BARBER & GERSTMAN, LLC

/s/ Joseph D. Fanning
Joseph D. Fanning
777 Third Avenue, Suite 2104
New York, New York 10017
Telephone: (212) 952-1100
Facsimile: (212) 952-1110

joseph.fanning@hbandglaw.com
Attorneys for Defendants
The Sygma Network, Inc. and Derrick McDonald

TO: *All counsel of record via ECF and E-Mail*